No. — – ——.  SERRANO ET AL. *v.* JONES & LAUGHLIN STEEL CO. ET AL., *ante,* p. 988.  Motion for reconsideration of order denying leave to file petition for writ of certiorari out of time denied.

No. A–447 (88–760).  KEYSTONE LAMP MANUFACTURING CO. *v.* NATIONAL LABOR RELATIONS BOARD.  C. A. 3d Cir.  Application for stay, addressed to JUSTICE KENNEDY and referred to the Court, denied.

No. D–731.  IN RE DISBARMENT OF CLAYTON.  Disbarment entered.  [For earlier order herein, see 487 U. S. 1249.]

No. D–739.  IN RE DISBARMENT OF BENJAMIN.  Disbarment entered.  [For earlier order herein, see *ante,* p. 906.]

No. D–748.  IN RE DISBARMENT OF JURON.  It is ordered that Marvin Juron, of Deerfield, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–749.  IN RE DISBARMENT OF CARTER.  It is ordered that Robert A. Carter, Jr., of Columbus, Ohio, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–750.  IN RE DISBARMENT OF SOUCEK.  It is ordered that Jonathan H. Soucek, of Cleveland, Ohio, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–751.  IN RE DISBARMENT OF EBERSTEIN.  It is ordered that Brian A. Eberstein, of Dallas, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 115, Orig.  ARKANSAS *v.* OKLAHOMA.  Motion for leave to file bill of complaint denied.